UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

FILED

2003 OCT 31  A 10 45

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| ESTES EXPRESS LINES, INC., )<br>)<br>            *Plaintiff* )<br>v.                                  )<br>)<br>DESIGN X MANUFACTURING, INC., )<br>)<br>           *Defendant* )<br>) | CIVIL ACTION<br>NO. 303 CV 0529 (RNC)<br><br><br><br><br>October 30, 2003 |

**APPEARANCE OF WESLEY S. CHUSED**
**AS CO-COUNSEL FOR PLAINTIFF**

To the Clerk:

    Kindly enter my appearance as co-counsel for the plaintiff, Estes Express Lines, Inc., in this action.

October 30, 2003

                                        Wesley S. Chused (ct 00328)
                                        LOONEY & GROSSMAN LLP
                                        101 Arch Street
                                        Boston, MA 02110
                                        Tel. (617) 951-2800
                                        Fax (617) 951-2819

## CERTIFICATE OF SERVICE

     I hereby certify that on October 30, 2003 I served a copy of the foregoing pleading upon all parties hereto by mailing copies thereof, via first class mail, postage prepaid, properly addressed to the following:

Steven M. Barry, Esq.
DELANEY, ZEMETIS, DONAHUE,
DURHAM & NOONAN, P.C.
Concept Park, Suite 306
741 Boston Post Road
Guilford, CT 06437

Craig S. Taschner, Esq.
POLIVY & TASCHNER, LLC
Six Central Row
Hartford, CT 06103

_____
Wesley S. Chused