UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

November 6, 2003

1:00 p.m.

3-03-cv-529   (RNC) Estes Express Lines v Design X Mfg Inc
----------------------------------------------------------

*Held 4 hours*

COUNSEL OF RECORD:

✓ Steven M. Barry              Delaney, Zemetis, Donahue, Durham & Noonan,
                               741 Boston Post Rd., Guilford, CT
                               203-458-9168

Craig S. Taschner              Polivy & Taschner, Six Central Row 2nd
                               Floor, Hartford, CT 860-560-1180

✓ *Wesley Chused*

                                           BY ORDER OF THE COURT
                                           KEVIN F. ROWE, CLERK