UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTES EXPRESS LINES, INC., ) | |
| ) | |
| *Plaintiff* ) | CIVIL ACTION |
| v. ) | NO. 303 CV 0529 (RNC) |
| ) | |
| DESIGN X MANUFACTURING, INC., ) | |
| ) | |
| *Defendant* ) | December 22, 2003 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the plaintiff Estes Express Lines, Inc., and the defendant, Design X Manufacturing, Inc., hereby stipulate and agree that all the claims of all parties in this action be and hereby are dismissed with prejudice, each party to bear its own attorneys' fees and costs, and each party waiving all rights to appeal.

DESIGN X MANUFACTURING, INC.
By its attorney,

_____
Steven M. Barry (ct 07825)
Delaney Zemetis, Donahue,
  Durham & Noonan, P.C.
Concept Park, Suite 306
741 Boston Post Road
Guilford, CT 06437
Tel. (203) 458-9169
Fax (203) 458-4424

ESTES EXPRESS LINES, INC.
By its attorney,

_____
Wesley S. Chused (ct 00328)
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110
Tel. (617) 951-2800
Fax (617) 951-2819

L:\12160\007\Pld\07